Aram Ordubegian (SBN 185142)
Andy S. Kong (SBN 243933)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:  213.629.7400
Facsimile:  213.629.7401
Email:  aram.ordubegian@arentfox.com
  andy.kong@arentfox.com

Attorneys for Plaintiff Edward M. Wolkowitz,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**SABOA ENTERTAINMENT, LP,**<br><br>Debtor.<br><br>---<br><br>**EDWARD M. WOLKOWITZ**, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>**HIGH FLIGHT, INC.,**<br><br>Defendant. | Case No. 2:15-bk-16749-SK<br>[Chapter 7]<br><br>Adv No. _____<br><br>**ADVERSARY COMPLAINT:**<br><br>1) TO AVOID AND RECOVER FRAUDULENT TRANSFERS;<br><br>2) FOR RECOVERY OF TRANSFERS; AND<br><br>3) FOR PRESERVATION OF TRANSFERS<br><br>[SUMMONS TO BE ISSUED] |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/14883800.1

Plaintiff Edward M. Wolkowitz, the chapter 7 trustee in the above-captioned bankruptcy case and plaintiff herein (the "Trustee" or "Plaintiff"), hereby respectfully alleges against High Flight, Inc., as follows:

## PRELIMINARY STATEMENT

1. This is a proceeding by the Trustee seeking an order of this Court avoiding and recovering payments totaling $458,341 made by the above-captioned debtor to High Flight, Inc. as fraudulent transfers pursuant to 11 U.S.C. section 544, 548, 550 and 551 and/or California Civil Code section 3439.

## JURISDICTION AND VENUE

2. Jurisdiction over this proceeding exists pursuant to 28 U.S.C. §§ 157 and 1334 because this action constitutes a proceeding arising under Title 11 of the United States Bankruptcy Code or arising in or related to the above-entitled bankruptcy case (the "Bankruptcy Case").

3. Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409 because the Debtor was domiciled in this District for at least 180 days prior to the commencement of the Bankruptcy Case and because this adversary proceeding arises under and in connection with the Bankruptcy Case, which is still pending.

4. This matter is a core bankruptcy proceeding under 28 U.S.C. § 157(b)(2).

5. To the extent that Plaintiff asserts claims under 11 U.S.C. § 544(b), Plaintiff is informed and believes, and based thereon alleges, that there exists in this case one or more creditors holding unsecured claims allowable under 11 U.S.C. § 502, or that are not allowable only under 11 U.S.C. § 502(e), who could have avoided the respective transfers alleged in this Complaint under California law or other applicable laws prior to the Petition Date (defined below).

6. This Complaint commences an adversary proceeding within the meaning of the Federal Rules of Bankruptcy Procedure, Rule 7001.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

AFDOCS/14883800.1

## THE PARTIES

7.   Plaintiff is the duly appointed and acting chapter 7 trustee of the above-captioned debtor's (the "Debtor") the Estate.

8.   Upon information and belief, defendant High Flight, Inc. (formerly known as High Flight, LLC and Mighty Horn Aviation, LLC) (the "Defendant") is a North Carolina corporation that conducted business within this district at the times relevant herein.

## GENERAL ALLEGATIONS

9.   On April 28, 2015, the Debtor filed a voluntary chapter 7 petition, and Edward M. Wolkowitz was appointed as the chapter 7 trustee of the Debtor's Estate.

10.   Plaintiff is further informed and believes that on or about July 20, 2011, the Defendant was formed and the Debtor's insider Philip A. Driscoll was the sole member of the Defendant.

11.   Philip A. Driscoll is currently listed as the president and treasurer of the Defendant and D. Lynne Driscoll is listed as the vice president and secretary on the North Carolina Department of the Secretary of State's website.

12.   Plaintiff is further informed and believes and on that basis alleges that the Defendant was formed for the specific purpose of holding title to a private aircraft to be used exclusively by Mr. Driscoll and his family. However, payments totaling $458,341.00 (the "Payments") were made to the Defendant by the Debtor between December 24, 2011 through September 11, 2014 to purchase jet fuel for the Defendant's aircraft.

13.   The Trustee brings the instant adversary proceeding to, *inter alia*, avoid and recover the Payments for the benefit of the Estate.

## FIRST CLAIM FOR RELIEF

### (For Avoidance of Transfer Under 11 U.S.C. § 544, 548(a)(1)(B))

14. Plaintiff repeats and realleges each of the preceding paragraphs of this Complaint as if fully set forth herein.

15. Plaintiff is informed and believes, and based thereon alleges, that the Debtor received less than reasonably equivalent value in exchange for the Payments.

16. As of the Petition Date, there was at least one creditor whose claim arose prior to the Payments.

17. Plaintiff is informed and believes, and based thereon alleges, that at the time the Payments were made, the Debtor was insolvent or became insolvent as a result of the Payments.

18. Indeed, Plaintiff is informed and believes, and based thereon alleges, that there was no legitimate business purpose for the Debtor to make any of the Payments to Defendant. As such, the Debtor did not receive value in exchange for the Payments.

19. Plaintiff is entitled to an order and/or judgment that the Payments are avoided and/or any other remedy available under applicable law.

## SECOND CLAIM FOR RELIEF

### (For Avoidance of Transfer Under 11 U.S.C. § 544, 548(a)(1)(B) and Cal. Civil Code § 3439.04(a)(2)(A) and Other Applicable State Statutes)

20. Plaintiff repeats and realleges each of the preceding paragraphs of this Complaint as if fully set forth herein.

21. Plaintiff is informed and believes, and based thereon alleges, that the Debtor received less than reasonably equivalent value in exchange for the Payments.

22. Plaintiff is informed and believes, and based thereon alleges, that the Debtor was engaged or was about to engage in a business or a transaction for which the remaining assets of the Debtor was unreasonably small in relation to the business or transaction.

23. Plaintiff is entitled to an order and/or judgment that the Payments are avoided and/or any other remedy available under applicable law.

### THIRD CLAIM FOR RELIEF

(For Avoidance of Transfer Under 11 U.S.C. § 544, 548(a)(1)(B) and Cal. Civil Code § 3439.04(a)(2)(B) and Other Applicable State Statutes)

24. Plaintiff repeats and realleges each of the preceding paragraphs of this Complaint as if fully set forth herein.

25. Plaintiff is informed and believes, and based thereon alleges, that the Debtor received less than reasonably equivalent value in exchange for the Payments.

26. Plaintiff is informed and believes, and based thereon alleges, that the Debtor intended to incur, or believed or reasonably should have believed that it would incur, debts beyond its ability to pay as they became due.

27. Plaintiff is entitled to an order and/or judgment that the Payments are avoided and/or any other remedy available under applicable law.

### FOURTH CLAIM FOR RELIEF

(For Recovery of Transfer Under 11 U.S.C. § 550)

28. Plaintiff repeats and realleges each of the preceding paragraphs of this Complaint as if fully set forth herein.

29. The Defendant is the initial transferee of the Payments.

30. Plaintiff is entitled to an order and/or judgment for the recovery of the Payments, or the value thereof, together with interest at the applicable rate from the date of the Payments.

### FIFTH CLAIM FOR RELIEF

(For Preservation of Transfer Under 11 U.S.C. § 551)

31. Plaintiff repeats and realleges each of the preceding paragraphs of this Complaint as if fully set forth herein.

32. Plaintiff is entitled to an order and/or judgment preserving the Payments for the benefit of the Estate.

### RESERVATION OF RIGHTS

33. Plaintiff believes that additional claims in favor of Plaintiff against Defendant and/or other parties may exist. Plaintiff reserves any and all rights to bring such claims to the extent authorized by the Court and/or applicable law.

**WHEREFORE**, the Plaintiff prays for judgment as follows:

A. On the First Claim for Relief, a judgment avoiding the Payments.

B. On the Second Claim for Relief, a judgment avoiding the Payments.

C. On the Third Claim for Relief, a judgment avoiding the Payments.

D. On the Fourth Claim for Relief, an order and/or judgment that Plaintiff shall recover the Payments, or the value thereof, together with interest at the applicable rate from the date of the Payments.

E. On the Fifth Claim for Relief, an order and/or judgment preserving the Payments for the benefit of the Estate.

F. For such other and further relief as the Court deems just and proper.

Dated: April 27, 2017

Respectfully submitted,

**ARENT FOX LLP**

By: */s/ Andy S. Kong*
Aram Ordubegian
Andy S. Kong
Attorneys for Plaintiff

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS<br>Edward M. Wolkowitz, Chapter 7 Trustee | DEFENDANTS<br>High Flight, Inc. |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Aram Ordubegian (SBN 185142)<br>Andy S. Kong (SBN 243933)<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA  90013<br>Telephone: 213.629.7400 | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☒ Trustee | PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
To avoid and recover fraudulent transfers pursuant to 11 U.S.C. §§ 544, 548, and 550.

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 70 01( 1) – Recovery of Money/Property**
☐ 11-Recovery of money/propert y - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 70 01 (2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001( 3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4 ) – Objection/ Revocation of Discharge**
☐ 41-Objection/re vocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 6 6 -Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 70 01(6) – Dischargeability (continued)**
☐ 61 -Dischargeability- §523(a)(5 ), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 6 5 -Dischargeability - other

**FRBP 70 01(7) – Injunctive Relief**
☐ 71 -Injunctive relief- imposition of stay
☐ 72-Injunctive relief - other

**FRBP 70 01(8) Subordination of Claim or Interest**
☐ 81 -Subordination of claim or interest

**FRBP 70 01(9) Declaratory Judgment**
☐ 91 -Declaratory judgment

**FRBP 70 01(10) Deter mi nation of Remove d Act ion**
☐ 01 -Determination of removed claim or cause

**Other**
☐ SS-SIPA Case - 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | ☒ Demand at least $ 458,341 |

**Other Relief Sought**

AFDOCS/14896095.1


American LegalNet, Inc.
www.FormsWorkFlow.com

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Saboa Entertainment, LP | BANKRUPTCY CASE NO.<br>2:15-bk-16749-SK | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District Of California | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Honorable Sandra R. Klein |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*/s/ Andy S. Kong* | | |
| DATE<br>04/27/2016 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Andy S. Kong | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

AFDOCS/14896095.1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Aram Ordubegian (SBN 185142)<br>Andy S. Kong (SBN 243933)<br>**ARENT FOX LLP**<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065<br>Telephone: 213.629.7400<br>Facsimile: 213.629.7401<br>Email:  aram.ordubegian@arentfox.com<br>             andy.kong@arentfox.com<br><br>*Attorney for Plaintiff* Edward M. Wolkowitz, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>**SABOA ENTERTAINMENT, LP,**<br><br><br>Debtor(s). | CASE NO.: 2:15-bk-16749-SK<br>CHAPTER: 7<br>ADVERSARY NO.: |
|---|---|
| **EDWARD M. WOLKOWITZ,** Chapter 7 Trustee,<br><br>Plaintiff(s)<br>Versus<br>**HIGH FLIGHT, INC.,**<br><br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING**<br>**[LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| **Hearing Date:** _____<br>**Time:** _____<br>**Courtroom:** 1575 | **Address:**<br>☒ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
|---|---|

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 1    F 7004-1.SUMMONS.ADV.PROC

AFDOCS/14896299.1



**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                          **KATHLEEN J. CAMPBELL**
                                          **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

                                          By: _____
                                                        Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
December 2016                                    Page 2                            **F 7004-1.SUMMONS.ADV.PROC**
AFDOCS/14896299.1

American LegalNet, Inc.
www.FormsWorkFlow.com